**97–874.  Cincinnati Bar Assn. v. Nienaber.**

IT IS ORDERED by this court, *sua sponte*, that Joseph W. Nienaber, Attorney Registration No. 0032085, last known address in Cincinnati, Ohio, is found in contempt for failure to comply with this court's order of December 31, 1997, to wit: failure to file an affidavit of compliance on or before January 30, 1998.

**97–875.  Cuyahoga Cty. Bar Assn. v. Santarelli.**

IT IS ORDERED by this court, *sua sponte*, that Gregory A. Santarelli, Attorney Registration No. 0038422, last known address in Strongsville, Ohio, is found in contempt for failure to comply with this court's order of September 24, 1997, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before October 24, 1997.

**97–1149.  Disciplinary Counsel v. Ross.**

IT IS ORDERED by this court, *sua sponte*, that Lewis James Ross, Attorney Registration No. 0043428, last known address in Costa Mesa, California, is found in contempt for failure to comply with this court's order of February 11, 1998, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before March 13, 1998.

**97–1284.  Cleveland Bar Assn. v. Knowlton.**

IT IS ORDERED by this court, *sua sponte*, that Leslie L. Knowlton, Attorney Registration No. 0032315, last known address in Shaker Heights, Ohio, is found in contempt for failure to comply with this court's order of February 18, 1998, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before March 20, 1998.

**97–1313.  Disciplinary Counsel v. Chavers.**

IT IS ORDERED by this court, *sua sponte*, that Clarence L. Chavers, Jr., Attorney Registration No. 0024930, last known address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of December 31, 1997, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before January 30, 1998.

**97–1749.  Disciplinary Counsel v. Williams.**

IT IS ORDERED by this court, *sua sponte*, that Kevin A. Williams, Attorney Registration No. 0040877, last known address in Worthington, Ohio, is found in contempt for failure to comply with this court's order of December 31, 1997, to wit: failure to file an affidavit of compliance on or before January 30, 1998.

**97–1755.  Cleveland Bar Assn. v. Johnson.**

IT IS ORDERED by this court, *sua sponte*, that Mitchell Lee Johnson, Attorney Registration No. 0058430, last known address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of February 18, 1998, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before March 20, 1998.

**97–1810.  Disciplinary Counsel v. Phillips.**

IT IS ORDERED by this court, *sua sponte*, that Thomas Ewing Phillips, Attorney Registration No. 0008582, last known address in Chillicothe, Ohio, is found in contempt for failure to comply with this court's order of February 18, 1998, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before March 20, 1998.

**97–1929.  In re Resignation of Johnson.**

IT IS ORDERED by this court, *sua sponte*, that Michael Richards Johnson, Attorney Registration No. 0023925, last known address in Newark, Ohio, is found in contempt for failure to comply with this court's order of October 7, 1997, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before November 6, 1997.